# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. <u>R.</u> 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2001-23

J.A.H.,

    Plaintiff-Respondent,

v.

S.G.H.[1],

    Defendant-Appellant.

_____

Submitted March 4, 2025 – Decided June 9, 2025

Before Judges Susswein and Perez Friscia.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Burlington County, Docket No. FV-03-1121-24.

Rigden Lieberman & Mignogna, PA, attorneys for appellant (Ronald G. Lieberman, on the briefs).

Rebel Brown Law Group, LLC, attorneys for respondent (Marianne Rebel Brown, on the brief).

PER CURIAM

---

[1] We use initials to identify the parties in accordance with <u>R.</u> 1:38-3(d).

The parties having filed a stipulation of dismissal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

2